BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $67,900.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $3,722.00 IN U.S. CURRENCY,<br><br>          Defendants. | 2:13-MC-00039-MCE-DAD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Alejandro Yovani Lopez ("claimant"), by and through their respective counsel, as follows:

1.      On or about January 14, 2013, claimant Alejandro Yovani Lopez filed a claim in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $67,900.00 in U.S. Currency and Approximately $3,722.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 1, 2012.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative

forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is April 12, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 11, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 11, 2013.

Dated: 4/11/2013                                        BENJAMIN B. WAGNER
                                                        United States Attorney


                                                By:     /s/ Kevin C. Khasigian
                                                        KEVIN C. KHASIGIAN
                                                        Assistant U.S. Attorney


Dated: 4/11/2013                                        /s/Lawrence T. Niermeyer
                                                        LAWRENCE T. NIERMEYER
                                                        Attorney for Claimant
                                                        Alejandro Yovani Lopez

                                                        (Signature approved by telephone)


**IT IS SO ORDERED**

DATED: April 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT